UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

---

**Wells Fargo Bank, N.A.,** successor by merger to **Wells Fargo Bank Minnesota, N.A.,** as Trustee for the Registered Holders of Credit Suisse First Boston Mortgage Securities Corp., Commercial Mortgage Pass-Through Certificates, Series 2001-CK6, by and through its Special Servicer, **Midland Loan Services,**

Plaintiff,

vs.

**Trolley Industrial, L.L.C.,** a Michigan limited liability company,
**Larey Dresner,** an individual,
**Robert Dresner,** an individual, and
**Mark D. Lewis,** an individual,

Defendants.

Case No.: 2:12-cv-12308-GCS

Honorable George Caram Steeh
Magistrate Judge Mark A. Randon

---

Miller, Canfield, Paddock and Stone, PLC
James L. Allen (P28182)
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
Tel: (248) 879-2000
Fax: (248) 879-2001
*Attorneys for Plaintiff*

Brooks Wilkins Sharkey & Turco, P.L.L.C.
Keefe A. Brooks (P31680)
Michael T. Price (P57229)
401 South Old Woodward, Suite 400
Birmingham, Michigan 48009
Tel: (248) 971-1800
Fax: (248) 971-1801
*Attorneys for Defendants*

---

## ORDER SUPPLEMENTING ORDER APPOINTING RECEIVER [DKT. 8]

On June 14, 2012, the Court entered the Stipulated Order Appointing Receiver [Dkt. 8] (the "Receiver Order") by stipulation of the parties through their counsel.

Pursuant to Federal Rule of Civil Procedure 66 and the Court's general equity powers, IT IS ORDERED:

1. **Marketing of the Receivership Property.**

    1.1 The Receiver is authorized to market for sale all or any portion of the Receivership Property (the "Sale Property") in the following manner:

    (a) The Receiver's selection of any real estate broker (which may be the Receiver) and the listing agreement shall be subject to Court's Approval.

    (b) The marketing of the Sale Property shall cease upon a foreclosure sale.

    (c) Any proposed sale shall be a commercially reasonable sale to a bona fide third party purchaser as determined by the Receiver in its reasonable business judgment.

    (d) Any proposed sale may be a cash sale, a sale subject to the existing mortgage, or upon such other consideration and upon such terms and conditions as the Court approves.

    (e) No proposed sale shall be made to the Receiver, or to any person or entity with a beneficial interest in the Receiver, or to any person or entity in which the Receiver has a beneficial interest.

    (f) All proposed sales shall be subject to further order of the Court.

2. **Effect of Order.**

    2.1 This Order supplements the Stipulated Order Appointing Receiver [Dkt. 8] but is not certified as a Final Order.

    _____
    U.S. District Court Judge

Dated: 10-16-12