UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLS FARGO BANK,

       Plaintiff,

v.

CASE NO. 12-CV-12308
HON. GEORGE CARAM STEEH

TROLLEY INDUSTRIAL, L.L.C.,
LAREY DRESNER, ROBERT
DRESNER, and MARK LEWIS

       Defendants.
_____/

### ORDER DENYING PLAINTIFF'S PARTIAL OBJECTIONS TO MAGISTRATE JUDGE'S ORDER (Doc. 81) AND ORDER OF STAY AND ADMINISTRATIVE CLOSING

Now before the court is plaintiff Wells Fargo Bank's partial objections to the magistrate judge's order, granting in part, and denying in part, defendants' motion to strike expert reports (Doc. 45), and defendants' motion to strike supplemental answers to interrogatories and additional expert reports (Doc. 72). A hearing was held on April 15, 2014. Having failed to show that the magistrate judge's order (Doc. 80) was clearly erroneous or contrary to law, the magistrate judge's order is AFFIRMED and plaintiff's partial objections are OVERRULED.

At a conference held at side bar with counsel during the hearing, the court was advised that a sale by the Receiver is pending and is currently under review for approval by investors, and that following the sale, the purchaser may or may not choose to seek substitution for plaintiff in this action. It was agreed that it is appropriate to stay this action in order to give the parties time to determine whether further litigation

following the sale is required.  Accordingly, this action is STAYED pending sale by the Receiver and until notice by the parties that this matter should be reopened.  This case is ADMINISTRATIVELY CLOSED for a period of up to 90 days, and if not reopened by July 16, 2014, this matter shall be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated:  April 17, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 17, 2014, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk